# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 09, 2014

Mr. Jonathan A. Strauss
SAPIENTIA LAW GROUP
Suite 1242
12 S. Sixth Street
Minneapolis, MN  55402

      RE:  14-3750  Jay Clifton Kolls v. City of Edina, et al

Dear Mr. Strauss:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CYZ

Enclosures

cc:   Ms. Jeanne Marie Anderson
     Ms. Stephanie A. Angolkar
     Ms. Darla Jo Boggs
     Mr. Lorenz F. Fett Jr.
     Mr. Joseph E. Flynn
     Mr. Mark P. Hodkinson
     Mr. Jon K. Iverson
     Ms. Jamie Lynn Jonassen
     Mr. Oliver J. Larson
     Ms. Sonia Miller-Van Oort
     Mr. Adam Matthew Niblick
     Mr. Gregory P. Sautter
     Mr. Richard Sletten
     Ms. Susan Marie Tindal

District Court Case Number: 0:14-cv-00370-DWF

**Caption For Case Number: 14-3750**

Jay Clifton Kolls

        Plaintiff - Appellant

v.

City of Edina; City of Minneapolis; City of Mound; City of Orono; Dakota Communications Center; Renville County; City of Rosemount; City of Savage; City of Shakopee; City of St. Paul; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does (1-50), acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Safety Does (1-30), acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; Entity Does (1-50), including cities, counties, municipalities, and other entities sited in Minnesota

        Defendants - Appellees

**Addresses For Case Participants: 14-3750**

Mr. Jonathan A. Strauss
SAPIENTIA LAW GROUP
Suite 1242
12 S. Sixth Street
Minneapolis, MN 55402

Ms. Jeanne Marie Anderson
U.S. DISTRICT COURT
District of Minnesota
Suite 146
Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN 55101-0000

Ms. Stephanie A. Angolkar
IVERSON & REUVERS
9321 Ensign Avenue, S.
Bloomington, MN 55438-0000

Ms. Darla Jo Boggs
MINNEAPOLIS CITY ATTORNEY
Room 210 City Hall
350 S. Fifth Street
Minneapolis, MN 55415

Mr. Lorenz F. Fett Jr.
SAPIENTIA LAW GROUP
Suite 1242
12 S. Sixth Street
Minneapolis, MN 55402

Mr. Joseph E. Flynn
JARDINE & LOGAN
Suite 100
8519 Eagle Point Boulevard
Lake Elmo, MN 55042-0000

Mr. Mark P. Hodkinson
BASSFORD & REMELE
Suite 3800
33 S. Sixth Street
Minneapolis, MN 55402-3707

Mr. Jon K. Iverson
IVERSON & REUVERS
9321 Ensign Avenue, S.
Bloomington, MN 55438-0000

Ms. Jamie Lynn Jonassen
JARDINE & LOGAN
Suite 100
8519 Eagle Point Boulevard
Lake Elmo, MN  55042-0000

Mr. Oliver J. Larson
ATTORNEY GENERAL'S OFFICE
Appeals Division
1800 Bremer Tower
445 Minnesota Street
Saint Paul, MN  55101-2134

Ms. Sonia Miller-Van Oort
SAPIENTIA LAW GROUP
Suite 1242
12 S. Sixth Street
Minneapolis, MN  55402

Mr. Adam Matthew Niblick
CITY OF SAINT PAUL
750 City Hall & Court House
15 W. Kellogg Boulevard
Saint Paul, MN  55102-0000

Mr. Gregory P. Sautter
MINNEAPOLIS CITY ATTORNEY
210
Room 210 City Hall
350 S. Fifth Street
Minneapolis, MN  55415

Mr. Richard Sletten
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Susan Marie Tindal
IVERSON & REUVERS
9321 Ensign Avenue, S.
Bloomington, MN  55438-0000